Natalia A. Minassian
nminassian@hatkofflaw.com
CA Bar No.: 227664
Bruce A. Hatkoff, A Law Corporation
16633 Ventura Blvd. Suite 940
Encino, CA 91436
PH: 818-990-5180
Fax: 818-990-2463

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| BARCLAY'S BANK, PLC,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>ANDREW ZAHN,  )<br>  )<br>  Defendant.  ) | **CASE NO. 2:10-CV-03251-AHM (JCx)**<br><br>**Judgment** |

The Court has before it Plaintiff BARCLAY'S BANK, PLC'S Motion for Entry of Default Judgment.  This Court has considered Plaintiff's Motion for Entry of Default Judgment and accompanying declaration, papers, and exhibits thereto, and the entire record in this matter with no opposition having been filed thereto.

THEREFORE, default having been entered by the clerk against Defendant ANDREW ZAHN on August 24, 2010, Plaintiff's motion is

1

GRANTED and JUDGMENT is accordingly entered in favor of Plaintiff and against Defendant, AS FOLLOWS:

(1) Defendant shall pay the principle amount of $161,622.32;

(2) Defendant shall pay pre-judgment interest at a rate of 3.5% per annum in the amount of $5,829.63 calculated through November 22, 2010;

(3) For each day until the judgment is entered, interest of $15.71 accrues per day;

(4) Defendant shall pay costs of $500.00;

(5) Defendant shall pay attorney's fees in the amount of $6,832.45; and

(6) Defendant shall pay post-judgment interest at a rate of 0.27%, which is equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week ending on November 19, as prescribed by 28 U.S.C. § 1961.

It is so ORDERED, ADJUDGED, and DECREED.

_____   Dated: November 23, 2010
Judge A. Howard Matz
U.S. District Court for the
Central District of California

**JS-6**

2